## 20380. KING v. THE STATE.

BLOODWORTH, J. The accused was charged with simple larceny, and when tried a verdict of guilty was returned. The evidence did not show, as alleged in the accusation, that the defendant wrongfully and fraudulently took and carried away with intent to steal the same, certain cotton-seed, the property of L. C. Brown; and the trial court erred in not granting a new trial.

*Judgment reversed. Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 16, 1930.

*W. V. Custer & Son,* for plaintiff in error.
*F. E. Strickland, solicitor,* contra.